**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ruben C. Gomez v. The State of Texas

Appellate case number:   01-18-00864-CR

Trial court case number:  1564007

Trial court:             351st District Court of Harris County

In response to a joint motion from the parties, the Court abated the appeal and remanded to the trial court for preparation of findings of fact and conclusions of law concerning the denial of appellant's motion to suppress. The Court ordered these findings and conclusions to be filed in this Court in a supplemental clerk's record by June 30, 2019. A supplemental clerk's record was filed on June 26, 2019, which contained three documents purporting to be findings and conclusions but none of these documents was signed by the trial court. On July 25, 2019, appellant filed a motion for extension of time to file his brief, stating that the trial court had signed new findings and conclusions. Because the trial court has not yet complied with this Court's order, the appeal remains abated.

We order the trial court to file a supplemental clerk's record **within 10 days of the date of this order** containing the most recent findings and conclusions, signed by the trial court, concerning the denial of appellant's motion to suppress. Appellant's motion for extension of time is granted until 30 days after the supplemental clerk's record containing the signed findings and conclusions is filed in this Court.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower____
                ☑ Acting individually    ☐ Acting for the Court

Date: __August 8, 2019__